# Schedule A

## Defendant Online Marketplaces

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 1 | https://www.amazon.com/sp?ie=UTF8&seller=A3D6OHQ4Q3T0XC | $$$Flagship Store | B0FBWS3JHT |
| 2 | https://www.amazon.com/sp?ie=UTF8&seller=A2WX0A2R2DUT6G | 33M1H | B0DY19P6VC |
| 3 | https://www.amazon.com/sp?ie=UTF8&seller=ARIW1MEFTVD97 | AD277GQ4Y | B0D24VQB5P |
| 4 | https://www.amazon.com/sp?ie=UTF8&seller=ATU1TZXMOKDHC | AeroSign-US | B0D5M51V82 |
| 5 | https://www.amazon.com/sp?ie=UTF8&seller=A3OXD75IBVBOG8 | aimeisite-us | B0DL2NTGD3 |
| 6 | https://www.amazon.com/sp?ie=UTF8&seller=A1BGB2WGLHU0RT | Aylbcz | B0BR27Z7H1 |
| 7 | https://www.amazon.com/sp?ie=UTF8&seller=A3RUIZVBKZ7NLA | Bendowe | B0FL74NXDQ |
| 8 | https://www.amazon.com/sp?ie=UTF8&seller=A2GCT8AWKIQA6V | BiYangXianChenJinJiXieSheBeiZuLinYouXianGongSi | B0FRSKJCJR |
| 9 | https://www.amazon.com/sp?ie=UTF8&seller=A278S8RRQC3QA5 | Bofangli US | B0FJ23P8QM |
| 10 | https://www.amazon.com/sp?ie=UTF8&seller=A1IPLCZXHAMK5R | bonihen | B0FGP3RZSY |
| 11 | https://www.amazon.com/sp?ie=UTF8&seller=A39ZM6RHDDM15 | Bulwekou Shop | B0F7LLRN5Y |
| 12 | https://www.amazon.com/sp?ie=UTF8&seller=A32435S73BHAGI | chazhise | B0FJX85567 |
| 13 | https://www.amazon.com/sp?ie=UTF8&seller=AE9G3U69E3W92 | chb-us | B0F8HMZKDK |
| 14 | https://www.amazon.com/sp?ie=UTF8&seller=A1R24R378UV53G | chenguanyuASDFGKFDS | B0F7GCXV61 |
| 15 | https://www.amazon.com/sp?ie=UTF8&seller=A2NLH7G70NCO5X | chenjiaweijingpin | B0FPFJX1K5 |
| 16 | https://www.amazon.com/sp?ie=UTF8&seller=A1IVDCOHRO7O26 | ChenK Power Signal Depot | B0D1C78LVX |
| 17 | https://www.amazon.com/sp?ie=UTF8&seller=A2NRN8791RGHHU | chenzhouhuiwan | B0DSQ8FYW9 |
| 18 | https://www.amazon.com/sp?ie=UTF8&seller=A2ZF4WZ9CDWIFZ | chidingjianzhuzixun | B0FS7KCDTF |
| 19 | https://www.amazon.com/sp?ie=UTF8&seller=A3MAH02WG0AG9B | Chunli Shop | B0BK3KNGM7 |
| 20 | https://www.amazon.com/sp?ie=UTF8&seller=A1YTEN72C4U1WV | ciziyi | B0DNTTQ1VQ |
| 21 | https://www.amazon.com/sp?ie=UTF8&seller=A1UNICQOC791RI | cvkobjodf | B0DPDGJTX2 |

| 22 | https://www.amazon.com/sp?ie=UTF8&seller=A2HZFCM9QMUG6J | CWJ-US-Hitarah | B0FSDLDCM8 |
| 23 | https://www.amazon.com/sp?ie=UTF8&seller=A1HYZ1I4TLXWL8 | dengjiachenjingpin | B0FR4NHZ82 |
| 24 | https://www.amazon.com/sp?ie=UTF8&seller=A1SOF62AHX30E7 | DINGDONGLONGDONGQIANG | B0F741JB1S |
| 25 | https://www.amazon.com/sp?ie=UTF8&seller=A2OXHMOC44JX7F | diweishangm | B0DPZRWH3P |
| 26 | https://www.amazon.com/sp?ie=UTF8&seller=A1UUAPYDU308UY | dongguanxiangyongkeji | B0FK3K1Z36 |
| 27 | https://www.amazon.com/sp?ie=UTF8&seller=A384SBRHTQ2I57 | dongguanyuzhangdianzikejiyouxiangongsi | B0DQQ21DY6 |
| 28 | https://www.amazon.com/sp?ie=UTF8&seller=A1OR1ZA7QGVP1W | Endura Base | B09QCRDX2H |
| 29 | https://www.amazon.com/sp?ie=UTF8&seller=A30TD1OPCBA2DH | eNiaoShiBin-VH | B0D28RRRQC |
| 30 | https://www.amazon.com/sp?ie=UTF8&seller=A3EUDCD8E6FTCZ | Eros-Perfume Shop | B0F592B3B4 |
| 31 | https://www.amazon.com/sp?ie=UTF8&seller=AO35ECF0O3GW0 | EssYeZhizhao | B0DSJV5F3G |
| 32 | https://www.amazon.com/sp?ie=UTF8&seller=A53OQ5IY6U35A | EWEIMAOYI | B0F9464BCX |
| 33 | https://www.amazon.com/sp?ie=UTF8&seller=A19YMQZY2IX499 | FableWeave | B0FVVQBHR7 |
| 34 | https://www.amazon.com/sp?ie=UTF8&seller=A3599HHY513EDS | fenben444 | B0F8QM9KWC |
| 35 | https://www.amazon.com/sp?ie=UTF8&seller=A3BXHK8WKJ96B4 | FengHuangNeiPan | B0F6JSQB2P |
| 36 | https://www.amazon.com/sp?ie=UTF8&seller=A3LZRVU8B2LF9F | Fixjeus | B0DYK2CB9V |
| 37 | https://www.amazon.com/sp?ie=UTF8&seller=AJKLJ21DDPX6U | Game Night Mahjong | B0FSZRXGPP |
| 38 | https://www.amazon.com/sp?ie=UTF8&seller=A1129FFCPX85EV | gaoguu | B0FF2PBQLB |
| 39 | https://www.amazon.com/sp?ie=UTF8&seller=A1W47EYEOO4CUS | gaowenjunjingpin | B0FMRCLQFY |
| 40 | https://www.amazon.com/sp?ie=UTF8&seller=A1QVM08JAEAEWL | Gerite Fashion | B0CGG85Q4L |
| 41 | https://www.amazon.com/sp?ie=UTF8&seller=A1K92MAZUVO72K | guangzhoucaomushengmaoyiyouxiangongsi | B0FTVQ22VT |
| 42 | https://www.amazon.com/sp?ie=UTF8&seller=A2UAR4VDXE31SP | guangzhoulingyuan | B0FKM637XL |
| 43 | https://www.amazon.com/sp?ie=UTF8&seller=A2DF1178ZD6O1D | guangzhouronggengshangmaoyouxiangongsi | B0DZVLLVXZ |
| 44 | https://www.amazon.com/sp?ie=UTF8&seller=ACKF6O2DDUV6A | Guangzhouyukaishangmao | B0FRMWF1W7 |
| 45 | https://www.amazon.com/sp?ie=UTF8&seller=A2ZD5V847C9K1V | Guise & Disguise | B0FVT7HBCD |

| 46 | https://www.amazon.com/sp?ie=UTF8&seller=A224ZPTS3JA7FH | guoniankeji（changchun）youxiangongsi | B0FBKFMVY9 |
| 47 | https://www.amazon.com/sp?ie=UTF8&seller=A3VASZY1GSJLSK | handaoshangmao | B0DQ8CS33N |
| 48 | https://www.amazon.com/sp?ie=UTF8&seller=A37YU27YVB4D2A | henanyuxiangyuanfamenguandaoshebeiyouxiangongsi | B0FLQCCQ7V |
| 49 | https://www.amazon.com/sp?ie=UTF8&seller=A1SAP04D9TAHCH | Hitarah-US | B0FK9XQYS8 |
| 50 | https://www.amazon.com/sp?ie=UTF8&seller=A38L0IGHGOSHBH | HongGuoMaoYi | B0FJFWPCHF |
| 51 | https://www.amazon.com/sp?ie=UTF8&seller=A1H84CS78HYL3B | Huachengmaoyi | B0F89WKKZ1 |
| 52 | https://www.amazon.com/sp?ie=UTF8&seller=A31RHDNUFY1BVI | huangyuxinjingpin | B0FS1PW7C3 |
| 53 | https://www.amazon.com/sp?ie=UTF8&seller=A1ZTO6EBG6QBVQ | huihuiqqshop | B0FRY68MG7 |
| 54 | https://www.amazon.com/sp?ie=UTF8&seller=A2Q9B5D1749DEL | humenn | B0F9YB7H9W |
| 55 | https://www.amazon.com/sp?ie=UTF8&seller=A20H7ZKXDTKYH4 | HuYe Jiadao | B0FHPVF4RQ |
| 56 | https://www.amazon.com/sp?ie=UTF8&seller=AZNHZWVKCZJAA | HYONYI | B0FBF72Q1P |
| 57 | https://www.amazon.com/sp?ie=UTF8&seller=A5YTQXBVIY24F | ivermectinMD | B0FG19KVLF |
| 58 | https://www.amazon.com/sp?ie=UTF8&seller=A1E4NN1VEUH92Z | IVERMIT | B0FKC2JDPG |
| 59 | https://www.amazon.com/sp?ie=UTF8&seller=AZ8DR6N3HPVE6 | jiangxuexuejingpin | B0F6L8KN5Q |
| 60 | https://www.amazon.com/sp?ie=UTF8&seller=A1ZM4T4CALHPKA | jinjiangfangqinyushangmaoyouxian | B0DJBTPTC8 |
| 61 | https://www.amazon.com/sp?ie=UTF8&seller=A9DNLTBN625B | jinjiangshiyuzumaoyiyouxiangongsi | B0FRRZ4S7F |
| 62 | https://www.amazon.com/sp?ie=UTF8&seller=A1YWHVHBLXAI19 | Jinxing Leisure | B0CPY6NGDT |
| 63 | https://www.amazon.com/sp?ie=UTF8&seller=A1VEMAHIZWYSYJ | Juyun Technology Store | B0DQY2S8L8 |
| 64 | https://www.amazon.com/sp?ie=UTF8&seller=A2QYC9DVJQPXAR | KAISHILE | B0DR88QN86 |
| 65 | https://www.amazon.com/sp?ie=UTF8&seller=AG00P10ROVI7E | kiycsg | B0DRVHZ2DC |
| 66 | https://www.amazon.com/sp?ie=UTF8&seller=A1CF29UHPJATRM | LAB lVERMEX | B0FC6DQKGX |
| 67 | https://www.amazon.com/sp?ie=UTF8&seller=APOSKP34MA07N | lafeierna-US | B0DS1N1X7P |
| 68 | https://www.amazon.com/sp?ie=UTF8&seller=AFFCCSHBJWZNK | lankaoxianlixushangmaohang | B0F1FF59TW |
| 69 | https://www.amazon.com/sp?ie=UTF8&seller=A161AFOWD5EJJH | lebaiyihuachuan（7-15 Days Delivery） | B0FJXCR7GL |

| 70 | https://www.amazon.com/sp?ie=UTF8&seller=A6JZBZ2Y53Y2J | lichunyan shop | B0DXW2QH3M |
|---|---|---|---|
| 71 | https://www.amazon.com/sp?ie=UTF8&seller=A3RWISPYNF3QAT | lijingfuzhuangdian | B0FFS822YZ |
| 72 | https://www.amazon.com/sp?ie=UTF8&seller=A1GG5BPAP5OWNG | lingjinqingjingpin | B0FND1F6T5 |
| 73 | https://www.amazon.com/sp?ie=UTF8&seller=A2J0UL3240RBM6 | Liophy Health | B0FWBT2JWF |
| 74 | https://www.amazon.com/sp?ie=UTF8&seller=A1FNYMP529AZ07 | liqt | B0FLDR1C93 |
| 75 | https://www.amazon.com/sp?ie=UTF8&seller=A1SNW71BN119DS | LIULIUS | B0BD3GMW8N |
| 76 | https://www.amazon.com/sp?ie=UTF8&seller=A265NAOM82CKXR | Liushengkunde | B0F1K9G3VQ |
| 77 | https://www.amazon.com/sp?ie=UTF8&seller=ACOQ029CEIZFM | LiXunBaiHuo | B0CKYV8H1H |
| 78 | https://www.amazon.com/sp?ie=UTF8&seller=A112T7XMH65EJO | Lizagnur-US | B0FGCVXMSH |
| 79 | https://www.amazon.com/sp?ie=UTF8&seller=A3N4AEYE9OPO0E | LJINLISD | B0F4DJ375P |
| 80 | https://www.amazon.com/sp?ie=UTF8&seller=A2EZSIFBD8TBBL | Loechyfs gifts for women 2025 | B0DJGQKB19 |
| 81 | https://www.amazon.com/sp?ie=UTF8&seller=ACDFCZA5O8WA8 | longzhidian125 | B0DRLH1QRD |
| 82 | https://www.amazon.com/sp?ie=UTF8&seller=A2TYRVK8FR38PB | LuLuYuan | B0FRXVNJ71 |
| 83 | https://www.amazon.com/sp?ie=UTF8&seller=A1Z27C1KEGIT09 | lungygvg | B0DRFFCPVG |
| 84 | https://www.amazon.com/sp?ie=UTF8&seller=AY23L3V1YGHK0 | lvmiranbaihuoyouxiangongsi | B0FPQTKFFF |
| 85 | https://www.amazon.com/sp?ie=UTF8&seller=A256UML37660XA | LXuiauer | B0F2TSD5CN |
| 86 | https://www.amazon.com/sp?ie=UTF8&seller=A3V5HSWOTGP5HX | Lycheesleeves | B0FJ8P81XK |
| 87 | https://www.amazon.com/sp?ie=UTF8&seller=A1Z5DLGAWATZHS | LYOUH | B0DNW3C3F4 |
| 88 | https://www.amazon.com/sp?ie=UTF8&seller=AHOC114V4B0H8 | MAC494Q91W | B0F5HGF5T1 |
| 89 | https://www.amazon.com/sp?ie=UTF8&seller=A1K1SJUCNIAODH | MengHaiNi | B0DYDVX62W |
| 90 | https://www.amazon.com/sp?ie=UTF8&seller=A2GKG934DVVY7X | MIAhswd | B0DK5BC8WK |
| 91 | https://www.amazon.com/sp?ie=UTF8&seller=AMPJ4AMWOX4U1 | Mjingjing | B0DSVXQ99S |
| 92 | https://www.amazon.com/sp?ie=UTF8&seller=A1CPETQ4TQ3XX2 | muyucheye | B0FCM38QHS |
| 93 | https://www.amazon.com/sp?ie=UTF8&seller=A3MPYRRBSWS5FU | nananguodengshop | B0FFT37F2Y |

| 94 | https://www.amazon.com/sp?ie=UTF8&seller=A6Q3MTCKXROQL | NANJINGZHAOKUAIMAOYIYOUXIANGONGSI | B0DNYS46WM |
|---|---|---|---|
| 95 | https://www.amazon.com/sp?ie=UTF8&seller=A3IBG7M35AFG3X | NekoMartShop | B0D3Q2F311 |
| 96 | https://www.amazon.com/sp?ie=UTF8&seller=A30YYO7YYZ48JW | NNDA CO | B0B5XGFJJB |
| 97 | https://www.amazon.com/sp?ie=UTF8&seller=A1D06FT069SQTB | NUITFCDDX | B0DY7JR7DF |
| 98 | https://www.amazon.com/sp?ie=UTF8&seller=A153SG2WVAN3V7 | PengBoShiYe | B0FR5DSN9K |
| 99 | https://www.amazon.com/sp?ie=UTF8&seller=A30EDP07K9RWOB | phenben222 | B0F78S3NT1 |
| 100 | https://www.amazon.com/sp?ie=UTF8&seller=A1MAEM3PAE6L7G | Qaubug | B0DKDSTNQC |
| 101 | https://www.amazon.com/sp?ie=UTF8&seller=AI2A4VGL35XUR | QIao_wl | B0DS62M3K2 |
| 102 | https://www.amazon.com/sp?ie=UTF8&seller=A2TMMFQGBUBI8O | Qingkang Doors and Windows Sales | B0FBQPHV2Q |
| 103 | https://www.amazon.com/sp?ie=UTF8&seller=A3TJ1WA2YBVXPG | qingwe | B0FB42DDDZ |
| 104 | https://www.amazon.com/sp?ie=UTF8&seller=AHOX0SN5BSGWI | QiWoDianZiShangWuYouXianGongSi | B0D634G2VP |
| 105 | https://www.amazon.com/sp?ie=UTF8&seller=A3DOTPO28NB5O3 | RAENSMXJX | B0CP7XWHTM |
| 106 | https://www.amazon.com/sp?ie=UTF8&seller=A1QNIBB2E0RKRS | RanGuangBing | B0DQQ7XQCK |
| 107 | https://www.amazon.com/sp?ie=UTF8&seller=A34LFBWNZ7XMOA | retzen | B0F48Q66JG |
| 108 | https://www.amazon.com/sp?ie=UTF8&seller=A1R0VHY8AN6QX8 | Roxanne Hrroyo | B0CBXCFZHQ |
| 109 | https://www.amazon.com/sp?ie=UTF8&seller=A1QCFI10PV1PIJ | ruihong poster | B0F4QFC8JS |
| 110 | https://www.amazon.com/sp?ie=UTF8&seller=AAYSL2ITPFZWE | ShangHaiYingQiXinXiZiXunZhongXin | B0DYHQ3L7K |
| 111 | https://www.amazon.com/sp?ie=UTF8&seller=A3600UAYC3LSVB | ShangKangXZ | B0FMDYS8MF |
| 112 | https://www.amazon.com/sp?ie=UTF8&seller=A3EFRVMMZ0GC57 | shanxihongshengtongyunshuyouxiangongsi | B0FNMGFVM1 |
| 113 | https://www.amazon.com/sp?ie=UTF8&seller=A1DEJTHXJ4B825 | SHIFANDIANZI | B0DNHW73XX |
| 114 | https://www.amazon.com/sp?ie=UTF8&seller=A2D9X85RSXSCOZ | shixingdoor | B0FD6R6WLJ |
| 115 | https://www.amazon.com/sp?ie=UTF8&seller=A16IQW2H1EVL1V | ShoeVibe | B0DNX9Z31W |
| 116 | https://www.amazon.com/sp?ie=UTF8&seller=A492QN33D85BS | Skin By Yu | B0D3GN1MXH |
| 117 | https://www.amazon.com/sp?ie=UTF8&seller=AXDKG6T2O95U3 | SolsticeSanctuary | B0FLXQDT3L |

| | | | |
|---|---|---|---|
| 118 | https://www.amazon.com/sp?ie=UTF8&seller=A2BFASUEDSVPSJ | SongYUE | B08J7R94PL |
| 119 | https://www.amazon.com/sp?ie=UTF8&seller=A1Y6N21DFJ1TSQ | SUSUBU | B0FC6R937W |
| 120 | https://www.amazon.com/sp?ie=UTF8&seller=A31XRXD04TPM1A | the House of Books | B0DWSNZTKV |
| 121 | https://www.amazon.com/sp?ie=UTF8&seller=A1UF16DR5NHI4D | ThysfHFAP | B0FGXHYZLL |
| 122 | https://www.amazon.com/sp?ie=UTF8&seller=A2X31NPF79QZ1Q | Timruneaur | B0D99YX9LV |
| 123 | https://www.amazon.com/sp?ie=UTF8&seller=A2RY6095975GAK | tingzhidian | B0DWFQ8VH4 |
| 124 | https://www.amazon.com/sp?ie=UTF8&seller=A295NNT67JIZHL | TuranDeni | B0DX7235BR |
| 125 | https://www.amazon.com/sp?ie=UTF8&seller=A2TTM8E5SP5Z0E | VVR-US | B0F83ZP3NQ |
| 126 | https://www.amazon.com/sp?ie=UTF8&seller=AJRX639BUZ6EF | Wangxiaoyacao | B0FKMSDVCY |
| 127 | https://www.amazon.com/sp?ie=UTF8&seller=A22MV6CGYQTKIL | WBAKigms | B0F9NVX3YT |
| 128 | https://www.amazon.com/sp?ie=UTF8&seller=A2FS9Y7LJJ8UCE | WJHAODIANPU | B0DM5Y7Z7P |
| 129 | https://www.amazon.com/sp?ie=UTF8&seller=AIBEL36I7AVQW | WUHURUIERSHUOSHANGMAO YOUXIANGONGSI | B0DH3Y9L7X |
| 130 | https://www.amazon.com/sp?ie=UTF8&seller=A2W13TCWQC6N2C | WuHuWenHongJianCaiGongYing YouXianGongSi | B0FNRWDVX8 |
| 131 | https://www.amazon.com/sp?ie=UTF8&seller=A31K4PK0S8EP2N | wuhuy | B0DKBY4JCF |
| 132 | https://www.amazon.com/sp?ie=UTF8&seller=A3BG1NV1R73NTD | WWgc | B0DGPQNL18 |
| 133 | https://www.amazon.com/sp?ie=UTF8&seller=A1C5JVW8WTO3VA | Wwwait | B0F2HTKG4T |
| 134 | https://www.amazon.com/sp?ie=UTF8&seller=AAUHVOT55QEUH | X-39 Patch | B0FH9QF9XX |
| 135 | https://www.amazon.com/sp?ie=UTF8&seller=A1C38DT2Z9599K | xianyouzhengyangxiangdianzishan gwuyouxiangongsi | B0965KYDV9 |
| 136 | https://www.amazon.com/sp?ie=UTF8&seller=A4NSP9ETEEMTM | XuYuAMZ | B0D53Q51SS |
| 137 | https://www.amazon.com/sp?ie=UTF8&seller=A8FFWM2K70UVZ | YanXingWang2024 | B0F9TXFGRM |
| 138 | https://www.amazon.com/sp?ie=UTF8&seller=AYE6MXA03VJRS | YaWang Cos | B0DGCQ93X8 |
| 139 | https://www.amazon.com/sp?ie=UTF8&seller=A2AONO5TEEJ3ER | YFFPYR | B0FSD554L7 |
| 140 | https://www.amazon.com/sp?ie=UTF8&seller=A3NKGPYJ6MMDO4 | Yidoushiyuluoshangmaoyouxiang ongsi | B0FQ346N9V |
| 141 | https://www.amazon.com/sp?ie=UTF8&seller=A2BGFDP2RFSV8S | yidushiluxishangmaoyouxiangongs i | B0FKGXRJLX |

| 142 | https://www.amazon.com/sp?ie=UTF8&seller=A79UX8L9OMZCE | YnglyAether | B0FQHVRYZX |
|---|---|---|---|
| 143 | https://www.amazon.com/sp?ie=UTF8&seller=A191V74ZC0EXUH | YouLeYuanLinLvHuaGongCheng | B0FSLHJD7B |
| 144 | https://www.amazon.com/sp?ie=UTF8&seller=A3UW9C7OK8IR7A | ySangli10DanK63 | B0DZSL9CF1 |
| 145 | https://www.amazon.com/sp?ie=UTF8&seller=ATKRBZUTR6Z0B | Ytfisthu | B0CG5YY2J1 |
| 146 | https://www.amazon.com/sp?ie=UTF8&seller=AWB52MGQG36J3 | yuangushangmaoshanghang | B0FJR38LKD |
| 147 | https://www.amazon.com/sp?ie=UTF8&seller=A1TNJ48IBQNPBF | yunbielishangmaoyou | B0D6Z2HP5P |
| 148 | https://www.amazon.com/sp?ie=UTF8&seller=A32LY0X7ZE6APS | Y-zhongqin | B0FNCX97CM |
| 149 | https://www.amazon.com/sp?ie=UTF8&seller=A8N8HX50NTVZB | zhangyibao | B0DPM9HJ35 |
| 150 | https://www.amazon.com/sp?ie=UTF8&seller=A37GGJJ9OUTIAH | ZhenQiaoFuJu | B0FGQDH19G |
| 151 | https://www.amazon.com/sp?ie=UTF8&seller=A2BW8K6YN1JJJF | ZHYANPING | B0F2J14SNK |
| 152 | https://www.amazon.com/sp?ie=UTF8&seller=A36OITORT4D2PC | ZJPingh | B0DGG8MVK9 |
| 153 | https://www.amazon.com/sp?ie=UTF8&seller=AO55CSJBIPFV0 | zoupingjiuweijianzhugongchengyouxiangongsi | B0F89HJP1V |
| 154 | https://www.amazon.com/sp?ie=UTF8&seller=AD3MS9HSB5Z10 | 顽皮鼠 | B0FHL6JQLY |
| 155 | https://www.amazon.com/sp?ie=UTF8&seller=A2XIZLD2DEHUYA | 焱三建设工程施工 | B0FLK6GDD2 |