# EXHIBIT 2
## TO THE COMPLAINT

Case 1:25-cv-13753 Document #: 4 Filed: 11/10/25 Page 2 of 3 PageID #:105



HOME    ALL PRODUCTS    BRA    CLOTHING    PAYMENT METHOD    ORDER TRA(

Home / EirBesr Slim Wallet For Men, Minimalist Front Pocket Wallet Rfid Blocking Leather Wallet Credit Card Holder For Men & Women(grey)



# EirBesr Slim Wallet For Men, Minimalist Front Pocket Wallet Rfid Blocking Leather Wallet Credit Card Holder For Men & Women(grey)

EirBesr Slim Wallet For Men, Minimalist Front Pocket Wallet Rfid Blocking Leather Wallet Credit Card Holder For Men & Women(grey)



Sold 635465 only 999999999 item(s) left

**$10.99** $20.99 **Save 48%**

Quantity

−  1  +

**Add to cart - $10.99**

**Buy now**

Share the love

Free worldwide shipping

Free returns

Sustainably made

Secure payments

---

Description                                                              ⌃

- Minimalist design: The front pocket wallet is designed with a minimalist approach, keeping it sleek and simple.
- Credit card storage: The wallet is specifically designed for storing credit cards, with ample space for multiple cards.
- Durable material: The wallet is made of high-quality material that is durable and resistant to wear and tear.
- Easy access: The front pocket design allows easy access to your credit cards, making it convenient for everyday use.
- Compact size: The wallet is small and compact, making it easy to carry in your pocket or purse without taking up too much space.

## Product Description

Item type: card holder

Material: PU

Size:10*8cm

Color:black,grey,red,khaki,light blue

Gender: Unisex

Package Included:1PC card holder

Item Type: Card & ID Holders

Model Number: Credit Card Holder

Style: Casual

Use: Credit Card

Shape: Box

Pattern Type: Solid

---

# Recently viewed



Save 44%

Hot

EirBesr Rfid Wallet Women,Leather Wallet Women Wristlet,Bifold Large Capacity Zip Around Rfid Blocking Credit Card Wallet Clutch Purses,Travel Wallet for Women Mom Girls Ladies

**$8.99** ~~$15.99~~ Save 44%

## SERVICE

RETURN & EXCHANGE POLICY

TERMS OF USE

TERMS OF SERVICE

PRIVACY POLICY

REFUND POLICY

## SUPPORT

ABOUT US

CONTACT US

SHIPPING POLICY

COPYRIGHT NOTICE

CY-SHOP

## Newsletter

We send great emails!

Your email | Join

## Get the App

© 2025 CY-SHOP

