**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YU WANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 25-cv-13753<br><br>Judge Andrea R. Wood<br>Magistrate Judge Heather K. McShain |

### DECLARATION OF JUNRU CEHN

I, Junru Chen, declare and state:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Yu Wang ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Since and pursuant to entry of the TRO, the accounts of Defendants listed on **Schedule A**, which are located on the Amazon, have been frozen. Settlement discussions are ongoing.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| /s/ Junru Chen<br>Junru Chen, Counsel for Plaintiff | Dated: January 19, 2026 |

1