IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YU WANG,<br><br>        Plaintiff,<br><br>        v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>        Defendants. | Case No. 25-cv-13753<br><br>Judge Andrea R. Wood<br>Magistrate Judge Heather K. McShain |

**DECLARATION OF SERVICE**

I, Junru Chen, of Chicago, Illinois, declare and state:

    1)    I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiff Yu Wang ("Plaintiff"). I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

    2)    This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication and/or by sending an e-mail to the e-mail addresses provided for Defendants by third parties.

    3)    On January 9, 2026, I sent an e-mail containing copies of the Summons, Complaint, and Temporary Restraining Order ("TRO") to the e-mail address provided by third party e-commerce platforms as being related to the defendants.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| /s/ Junru Chen | Dated: January 19, 2026 |
| Junru Chen, Counsel for Plaintiff | |